# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION



*United States District Court*
*Southern District of Texas*
*ENTERED*

**MAR 21 2000**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LEOLA SAVAGE AND GARLAND SAVAGE, Plaintiffs | § § § § | |
| v. | § § | CIVIL ACTION NO. L-98-18 |
| WAL-MART STORES, INC., Defendant | § § § § | JURY |

### ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO FILE MOTION FOR SUBSTITUTION OF PARTIES

On the 21st day of March, 2000, the Court considered Plaintiffs' Unopposed Motion for Extension of Deadline to File Motion for Substitution of Party. After considering the Motion, the Court finds that the Motion has merit and that it should be granted.

Accordingly, the Court grants Plaintiffs' Unopposed Motion for Extension of Deadline to File Motion for Substitution of Party and the deadline for filing the Motion for Substitution of Party is now April 22, 2000.

Signed on the 21st day of March, 2000.

_____
JUDGE PRESIDING

132