## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

United States District Court
Southern District of Texas
ENTERED

**MAY 1 2 2000**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| J. W. SAVAGE, TEMPORARY | § | |
| ADMINISTRATOR OF THE | § | |
| ESTATE OF LEOLA SAVAGE, AND | § | |
| GARLAND SAVAGE | § | |
| Plaintiffs | § | CIVIL ACTION NO. L-98-18 |
| v. | § | JURY |
| | § | |
| WAL-MART STORES, INC. | § | |
| Defendant | § | |

## FINAL JUDGEMENT

On this day came on to be heard the above captioned cause and Plaintiffs Garland Savage and J. W. Savage, Temporary Administrator of the Estate of Leola Savage, agreed to dismiss with prejudice the above captioned cause. Each party agreed to bear its own costs of court.

It is, therefore, ORDERED, ADJUDGED AND DECREED by the Court that the above captioned cause is dismissed with prejudice. Court costs are hereby assessed against the party incurring same.

SIGNED this _11th_ day of _May_____, 2000.

_____
Judge Presiding

135

APPROVED AS TO FORM:

RIPPY & WHITLOW, L.L.P.
213 N. Mays St.
Round Rock, Texas 78664
Telephone (512) 310-9500
Telecopier (512) 310-2580

By: _____
      STUART WHITLOW
      State Bar No. 21378050

ATTORNEYS FOR PLAINTIFFS


SHELTON & VALADEZ, P.C.
2600 Weston Centre
112 E. Pecan
San Antonio, Texas 78205
Telephone (210)349-0515
Telecopier: (210)349-3666

By: _____
      ROBERT J. PEREZ
      State Bar No. 15779020

ATTORNEYS FOR DEFENDANT